RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Demante Bruce

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DEMANTE BRUCE,<br><br>   Defendant. | Case No. 2:15-cr-246-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Demante Bruce, that the Revocation Hearing currently scheduled on August 14, 2019 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty (20) days.

  This Stipulation is entered into for the following reasons:

  1. Parties need additional time to resolve this case. The petition alleges new criminal conduct, which is pending in the state court. The next hearing in state court is scheduled for August 21, 2019, the outcome of that hearing may influence negotiations.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMANTE BRUCE,

    Defendant.

Case No. 2:15-cr-246-APG-GWF

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 14, 2019 at 10:00 a.m., be vacated and continued to September 5, 2019 at the hour of 10:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

    DATED this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE