# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Demante Bruce**

Case Number: **2:15CR00246**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **May 26, 2016**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **15 months prison, followed by 36 months TSR**

Date Supervision Commenced: **September 30, 2016**

Date of Prior Revocation: **September 5, 2019**

Revocation Sentence: **5 months prison, followed by 31 months TSR**

Date Supervision Recommenced: **December 20, 2019**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Drug Testing** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

RE: Demante Bruce

Prob12C
D/NV Form
Rev. March 2017

On December 23, 2019, Bruce was enrolled in our local drug testing program. Since commencing supervision, he has been non-compliant and has missed a total of 7 tests: December 26, 2019, January 23, 2020, January 31, 2020, February 2, 2020, February 13, 2020, February 17, 2020, and February 22, 2020. Attempts to contact Bruce via telephone are unsuccessful to date.

2. **<u>Substance Abuse Treatment</u>** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   On January 21, 2020, Bruce reported to the U.S. Probation Office and was advised that he had been scheduled for an assessment with Bridge Counseling on January 30, 2020 at 9:00 am. However, Bruce failed to report for his scheduled assessment.

3. **<u>Mental Health Treatment</u>** – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   On January 21, 2020, Bruce reported to the U.S. Probation Office and was advised that he had been scheduled for an assessment with Bridge Counseling on January 30, 2020 at 9:00 am. However, Bruce failed to report for his scheduled assessment.

4. **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

   Since commencing supervision Bruce has been homeless. On January 21, 2020, he reported to the U.S. Probation Office and reported he sometimes stays at the Salvation Army or at other residences. He was instructed to provide an address that week as a home visit needed to be conducted to verify his residence. Bruce stated he would call and provide an address. To date, Bruce has failed to provide an address.

RE: Demante Bruce

Prob12C
D/NV Form
Rev. March 2017

5. **You must follow the instructions of the probation officer related to the conditions of supervision.**

On January 21, 2020 Bruce was instructed to report to Bridge Counseling for a mental and substance abuse assessment. However, he failed to report as instructed.

On January 24, 2020 this writer texted Bruce to his personal telephone and instructed him to report to the U.S. Probation Office as he had missed a drug test. He failed to report as instructed.

On February 3, 2020 this writer texted Bruce twice to his personal telephone and instructed him to report to the U.S. Probation Office as he had missed a drug test. However, he failed to report as instructed.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 25, 2020**

_m Hernandez Powell_

Margarita Hernandez Powell
2020.02.26
15:34:12 -08'00'

_____
Margarita Hernandez Powell
United States Probation Officer

Approved:

_Brian Blevins_   Digitally signed by Brian Blevins
Date: 2020.02.26
13:10:40 -08'00'
_____
Brian Blevins
Supervisory United States Probation Officer

RE: Demante Bruce

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐      No Action.
x      The issuance of a warrant.
☐      The issuance of a summons.
☐      Other:

_____
Signature of Judicial Officer

2/27/2020
_____
Date

RE: Demante Bruce

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. DEMANTE BRUCE, 2:15CR00246

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### February 25, 2020

By way of case history, on May 26, 2018, Bruce appeared before Your Honor and was sentenced to 15 months custody, followed by a thirty-six (36) month Term of Supervised Release for Felon in Possession of a Firearm. His supervision commenced in the District of Nevada on September 30, 2016.

On September 5, 2020 Bruce's Term of Supervised Release was revoked based upon his unlawful use of a controlled substance, his association with criminals, and his violating the Residential Re-entry Center's rules. He was subsequently sentenced to 5 months custody and 31 months of supervised release. He commenced his most recent term of supervision on December 20, 2019.

As indicated in allegations 1 through 5 above, Bruce continues to disregard the U.S. Probation Office's instructions and Your Honor's conditions of release. Based upon his conduct as detailed in this petition, the Probation Office recommends the issuance of a warrant to initiate revocation proceedings.

Respectfully submitted,

Margarita Hernandez Powell
2020.02.26 15:34:51
-08'00'
_____
Margarita Hernandez Powell
United States Probation Officer

Approved:

_____
Brian Blevins
Supervisory United States Probation Officer